**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MICHELLE KEVORKIAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-00315 OWW |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| MICHELLE KEVORKIAN, ) | Date : February 13, 2007 |
| Defendant. ) | Time : 9:00 a.m. |
| _____ ) | Courtroom : 3 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the Status Conference in the above-captioned matter be continued to February 13, 2007 at 9:00 a.m., from January 16, 2007. The location of said Status Conference shall remain the same.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: January 12, 2007    /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Defendant, MICHELLE KEVORKIAN

Dated: January 12, 2007    /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U. S. Attorney

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-00315 OWW**

1 | **ORDER**

2

3    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

4 §3161(h)(8)(A).

5

IT IS SO ORDERED.

6

**Dated:   January 17, 2007**              /s/ Oliver W. Wanger
7 emm0d6                                UNITED STATES DISTRICT JUDGE