**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MICHELLE KEVORKIAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff, v. MICHELLE KEVORKIAN,    Defendant. | Case No. 1:05-cr-00315 OWW STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE Date : March 5, 2007 Time : 9:00 a.m. Courtroom : 3 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the Status Conference in the above-captioned matter be continued to March 5, 2007 from February 13, 2007. The time and location of said Status Conference shall remain the same.

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 5, 2007       /s/ Dale A. Blickenstaff
                              DALE A. BLICKENSTAFF
                              Attorney for Defendant, MICHELLE KEVORKIAN

Dated: February 5, 2007       /s/ Karen A. Escobar
                              KAREN A. ESCOBAR
                              Assistant U. S. Attorney

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-00315 OWW**

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).


IT IS SO ORDERED.

**Dated:   February 7, 2007**            /s/ Oliver W. Wanger
emm0d6                     UNITED STATES DISTRICT JUDGE