**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MICHELLE KEVORKIAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00315 OWW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| MICHELLE KEVORKIAN, | Date     : April 16, 2007
Time    : 1:30 p.m. |
| Defendant. | Courtroom : 3 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the Status Conference in the above-captioned matter be continued to April 16, 2007 at 1:30 p.m. from March 5, 2007 at 9:00 a.m. The location of said Status Conference shall remain the same.

The additional time is allow case settlement negotiations to continue. The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: March 1, 2007            /s/ Dale A. Blickenstaff
                                DALE A. BLICKENSTAFF
                                Attorney for Defendant, MICHELLE KEVORKIAN

Dated: March 1, 2007            /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant U. S. Attorney

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-00315 OWW**

1 **ORDER**

2   IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C.
3 §3161(h)(8)(A).

5
IT IS SO ORDERED.

**Dated:   March 6, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE