**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MICHELLE KEVORKIAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:05-cr-00315 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| MICHELLE KEVORKIAN and ) | Date         : May 14, 2007 |
| GABRIEL JEDIDIAH SCHOENSTEIN, ) | Time         : 9:00 a.m. |
| ) | Courtroom    : 3 |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the date for the Status Conference in the above-captioned matter be continued to May 14, 2007 at 9:00 a.m. from April 16, 2007 at 1:30 p.m.  The location of said Status Conference shall remain the same.

The additional time is allow case settlement negotiations to continue.  The parties also agree that the delay of time resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §3161(h)(8)(A).

//

//

//

**STIPULATION AND ORDER TO STATUS CONFERENCE, Case No. 1:05-cr-00315 OWW**

1 | Dated: April 6, 2007          /s/ Dale A. Blickenstaff
                                  DALE A. BLICKENSTAFF
2                                 Attorney for Defendant, MICHELLE KEVORKIAN

3 | Dated:  April 6, 2007         /s/ Daniel A. Bacon
                                  Attorney for Defendant, GABRIEL J. SCHOENSTEIN
4

5 | Dated: April 6, 2007          /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
6                                 Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 10, 2007**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE