McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. F. NO. 05-0315 OWW |
| Plaintiff, | ) |
| | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| MICHELLE KEVORKIAN, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michelle Kevorkian, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Michelle Kevorkian's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. $46,000.00 as sub *res* in lieu of the indicted real property located at 8927 N. Millbrook, Fresno, California, APN: 402-232-26.

The sub *res* shall be paid prior to the imposition of sentence. If

the sub *res* of $46,000.00 is not paid prior to the imposition of sentence, then defendant Michelle Kevorkian forfeits her right, title, and interest in the real property located at 8927 N. Millbrook, Fresno, California, APN: 402-232-26.

2. Defendant Michelle Kevorkian shall instruct the Escrow/Title Officer handling the refinance, if any, to deposit $46,000.00 from the refinance, if any, of the above-referenced real property made payable to the U.S. Marshals Service and forwarded to the following address: U.S. Attorney's Office, Att: Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721. If the property is not refinanced, the payment of the sub *res* shall be made directly payable to the U.S. Marshals Service and forwarded as set forth above. Said funds shall be held by the U.S. Marshals Service, in an interest bearing account pending further order of the Court.

3. The above-listed real property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 844.

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

5. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in The Business Journal (Fresno County), a newspaper of general circulation located in the county in which the above-listed property is located, notice of this Order, notice of the Attorney General's intent to dispose of the property in such

manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

   b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

   c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons no notified.

 6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

 SO ORDERED this 1st day of August, 2007.

        /s/ Oliver W. Wanger
        OLIVER W. WANGER
        United States District Judge