1  **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2  2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3  (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5  Attorney for Defendant, MICHELLE KEVORKIAN

6

7  **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
8

9  UNITED STATES OF AMERICA,    )    **Case No. 1:05-cr-00315 OWW**
                               )
10             Plaintiff,      )    **STIPULATION AND ORDER TO
                               )    CONTINUE SENTENCING**
11  v.                         )
                               )
12  MICHELLE KEVORKIAN,        )
                               )
13             Defendant.      )
                               )
14  _____ )

15  IT IS HEREBY STIPULATED by and between the parties hereto through their respective

16  counsel, that the date for Sentencing in the above-captioned matter be continued from Monday,

17  September 24, 2007, at 9:00 a.m., to Monday, October 15, 2007, at 1:30 a.m.

18
Dated: September 20, 2007          /s/ Dale A. Blickenstaff
19                                 DALE A. BLICKENSTAFF
                                   Attorney for Defendant, MICHELLE KEVORKIAN
20

21
Dated: September 20, 2007          /s/ Karen A. Escobar
22                                 KAREN A. ESCOBAR
                                   Assistant U. S. Attorney
23

24

25

26

27

28
**STIPULATION AND ORDER TO CONTINUE SENTENCING, Case No. 1:05-cr-00315 OWW**

## **ORDER**

IT IS SO ORDERED. The Sentencing in this matter regarding Michelle Kevorkian only has been rescheduled for Monday, October 15, 2007, at 1:30 p.m., from its original date and time of Monday, September 24, 2007, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 23, 2007**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

**Page 2**