1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, MICHELLE KEVORKIAN

6

7             **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF CALIFORNIA**
8

9  UNITED STATES OF AMERICA,        )      **Case No.  1:05-cr-00315 OWW**
                                     )
10              Plaintiff,           )      **STIPULATION AND ORDER TO**
                                     )      **CONTINUE SENTENCING**
11 v.                                )
                                     )
12 MICHELLE KEVORKIAN,               )
                                     )
13              Defendant.           )
                                     )
14 _____   )

15        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

16 counsel, that the date for Sentencing in the above-captioned matter be continued from Monday,

17 September 24, 2007, at 9:00 a.m., to Monday, October 15, 2007, at 1:30 a.m.

18
   Dated: September 20, 2007           /s/ Dale A. Blickenstaff
19                                      DALE A. BLICKENSTAFF
                                        Attorney for Defendant, MICHELLE KEVORKIAN
20

21
   Dated: September 20, 2007           /s/ Karen A. Escobar
22                                      KAREN A. ESCOBAR
                                        Assistant U. S. Attorney
23

24

25

26

27

28
   STIPULATION AND ORDER TO CONTINUE SENTENCING, Case No. 1:05-cr-00315 OWW

1

**ORDER**

2

3      IT IS SO ORDERED.  The Sentencing in this matter regarding Michelle Kevorkian only has

4 been rescheduled for Monday, October 15, 2007, at 1:30 p.m., from its original date and time of

5 Monday, September 24, 2007, at 9:00 a.m.

6 IT IS SO ORDERED.

**Dated:    September 24, 2007                    /s/ Oliver W. Wanger**
7                                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO CONTINUE SENTENCING, Case No. 1:05-cr-00315 OWW**

**Page 2**