1 McGREGOR W. SCOTT
United States Attorney
2 KAREN A. ESCOBAR
STEPHANIE HAMILTON BORCHERS
3 Assistant U.S. Attorneys
2500 Tulare Street
4 Fresno, California 93721
Telephone: (559) 497-4000
5



NOV 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CR. F. NO. 05-0315 OWW
                                    )
12               Plaintiff,         )
                                    )
13      v.                          )
                                    )   FINAL ORDER OF FORFEITURE
14 MICHELLE KEVORKIAN,              )
                                    )
15               Defendant.         )
                                    )
16 _____  )

17      WHEREAS, on August 1, 2007, this Court entered a Preliminary Order

18 of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based

19 upon the plea agreement entered into between plaintiff and defendant

20 Michelle  Kevorkian  forfeiting  to  the  United  States  the  following

21 property:

22           a.    $46,000.00 as sub *res* in lieu of the indicted
                   real property located at 8927 N. Millbrook,
23                 Fresno, California, APN:  402-232-26.

24      AND WHEREAS, the Preliminary Order of Forfeiture became final as

25 to defendant Michelle Kevorkian on or about August 1, 2007.

26      AND WHEREAS, on August 29, September 5 and 12, 2007, the United

27 States published notice of the Court's Preliminary Order of Forfeiture

28 in The Business Journal (Fresno County), a newspaper of general

                              1

1   circulation located in the county in which the above-described property

2   is located.  Said published notice advised all third parties of their

3   right to petition the court within thirty (30) days of the publication

4   date for a hearing to adjudicate the validity of their alleged legal

5   interest in the forfeited property;

6        AND WHEREAS, the United States provided direct written notice to

7   Mortgage Electronic Registration Systems, Inc. and First Horizon Home

8   Loan Corporation;

9        AND WHEREAS, the Court has been advised that no third party has

10  filed a claim to the subject property and the time for any person or

11  entity to file a claim has expired.

12       Accordingly, it is hereby ORDERED and ADJUDGED:

13       1.   A Final Order of Forfeiture shall be entered forfeiting to the

14  United States of America all right, title, and interest in the above-

15  described property pursuant to 21 U.S.C. § 853(a), to be disposed of

16  according to law, including all right, title, and interest of Michelle

17  Kevorkian.

18       2.   All right, title, and interest in the above-described property

19  shall vest solely in the name of the United States of America.

20       3.   The United States Marshals Service shall maintain custody of

21  and control over the subject property until it is disposed of according

22  to law.

23       SO ORDERED THIS 28th day of _____November_____, 2007.

24

25                              _____

26                              OLIVER W. WANGER
                                United States District Judge

27

28