1  **DALE A. BLICKENSTAFF** - #40681
   2350 West Shaw Avenue, Suite 132
2  Fresno, California 93711
   (559) 432-0986 Telephone
3  (559) 432-4871 Facsimile

4

   Attorney for Defendant, MICHELLE KEVORKIAN
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       )   **Case No.: 1:05-cr-00315 OWW**
                                     )
11 |          Plaintiff,             )   **STIPULATION AND ORDER**
                                     )   **TO RETURN DEFENDANT'S**
12 | v.                              )   **PASSPORT**
                                     )
13 | MICHELLE KEVORKIAN              )
                                     )
14 |          Defendant.             )
                                     )
15 | _____ )

16       IT IS HEREBY STIPULATED by and between plaintiff, the United States of America and

17  Counsel for the defense, that the defendant's passport which is now currently in the possession of the

18  United States Clerks office, be returned to defendant's counsel, Dale A. Blickenstaff.  Said passport

19  shall be retrieved by Mr. Blickenstaff at the United States Clerks office.

20                                         Respectfully submitted,

21

22  DATED:  October 2, 2008              /s/ Dale A. Blickenstaff
                                         DALE A. BLICKENSTAFF
23                                       Attorney for Defendant,
                                         Michelle Kevorkian
24

25
    DATED:  October 2, 2008              /s/ Karen Escobar
26                                       KAREN ESCOBAR
                                         Assistant United States Attorney
27

28  ────────────────────────────────────────────────
    **Stipulation and Order for a Resetting of Sentencing Hearing**
    **Case No.: 1:05-cr-00315 OWW**

**ORDER**

IT IS SO ORDERED that defendant's passport shall be returned to her possession by and through her counsel of record, Dale A. Blickenstaff.

IT IS SO ORDERED.

**Dated:   October 6, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE